IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICAH A. SPENCE            PLAINTIFF

v.           No. 4:14CV00314-JLH

FREDERICK N. ALSTON; *et al.*            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

DATED this 2nd day of June, 2014.

_____
LEON J. HOLMES
UNITED STATES DISTRICT JUDGE